No. D–2674. IN RE DISCIPLINE OF SETO. Robert M. M. Seto, of Virginia Beach, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2675. IN RE DISCIPLINE OF MATTHEWS. Gary Robert Matthews, of Lexington, Ky., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 11–8648. FERGUSON v. AVELO MORTGAGE, LLC. App. Div., Super. Ct. Cal., County of Los Angeles;

No. 11–9003. SCHULMAN v. ATTORNEY'S TITLE INSURANCE FUND, INC. Dist. Ct. App. Fla., 5th Dist.;

No. 11–9023. SAGHIR v. GRIEVANCE COMMITTEE FOR THE 2d, 11th, AND 13th JUDICIAL DISTRICTS. App. Div., Sup. Ct. N. Y., 2d Jud. Dept.; and

No. 11–9056. FERGUSON v. AVELO MORTGAGE, LLC. Ct. App. Cal., 2d App. Dist. Motions of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until May 21, 2012, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 11–8863. GRAHAM v. UNITED STATES. C. A. 9th Cir. Motion of petitioner for reconsideration of order denying leave to proceed in forma pauperis [565 U. S. 1258] denied.

No. 11–9477. SATTERFIELD v. JOHNSON ET AL. C. A. 3d Cir. Motion of petitioner to expedite consideration of petition for writ of certiorari denied.

No. 11–9676. IN RE JONES. Petition for writ of habeas corpus denied.

No. 11–9040. IN RE BALZAROTTI. Petition for writ of mandamus denied.